UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

REBECCA MOREHOUSE, *et al.*,

    Plaintiffs,

v.

STEAK N SHAKE, INC.,

    Defendant.

Case No. 2:16-cv-789
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of Defendant Steak N Shake, Inc.'s ("Defendant") Motion to Vacate the Settlement Conference and Set a Telephonic Status Conference (ECF No. 35). Pursuant to the Court's Standing Order, Counsel is required to appear at all settlement conferences scheduled via an Order Setting Trial Date and Settlement Conference. Accordingly, the Court **DENIES** Defendant's Motion (ECF No. 35).

**IT IS SO ORDERED.**

10-17-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE