AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**REBECCA MOREHOUSE,** *et al.***,**

        **Plaintiffs,**      **JUDGMENT IN A CIVIL CASE**
                                           CASE NO. 2:16-cv-789

      **v.**                        **CHIEF JUDGE EDMUND A. SARGUS, JR.**
                                 **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

**STEAK N SHAKE, INC.,**

        **Defendant.**

____    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the Opinion and Order filed November 6, 2018 the Court GRANTS IN PART and DENIES IN PART Defendant's Motion (ECF No. 27) and GRANTS IN PART and DENIES IN PART Plaintiffs' Motion (ECF No. 31). The Defendant's Motion for Summary Judgment on Plaintiffs' COBRA claim is DENIED. The Defendant's Motion for Summary Judgment on Plaintiffs' breach of fiduciary duty claim is GRANTED. Plaintiffs are entitled to damages in accordance with this Opinion and Order.**

Date:   November 6, 2018                          RICHARD W. NAGEL, CLERK

                                                                          */S/ Christin Werner*
                                                                          (By) Christin Werner
                                                                          Courtroom Deputy Clerk