# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**REBECCA MOREHOUSE**, *et al*.,

    **Plaintiffs,**

**v.**

    Civil Action 2:16-cv-789
    **JUDGE EDMUND A. SARGUS, JR.**
    Magistrate Judge Elizabeth Preston Deaver

**STEAK 'N SHAKE INC.,**

    **Defendant.**

## ORDER

The Court hereby enters judgment in favor of Defendant pursuant to the mandate from the United States Court of Appeals for the Sixth Circuit. (ECF No. 49.)

**IT IS SO ORDERED.**

**5/11/2020**         **s/Edmund A. Sargus, Jr.**
**DATE**        **EDMUND A. SARGUS, JR.**
       **UNITED STATES DISTRICT JUDGE**